JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMY HOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security,<br><br>        Defendant. | Case No. CV 16-388 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is affirmed.

May 5, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge